EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>Aprobación de Cambio de Estatus<br>Inactivo de septiembre de 2023 | 2023 TSPR 129<br><br>213 DPR ___ |

Número del Caso:  EM-2023-0012


Fecha:  17 de octubre de 2023


Materia:  Aprobación de Cambio de Estatus Inactivo de septiembre de 2023.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: | | |
|---|---|---|
| Aprobación de Cambio de Estatus Inactivo de septiembre de 2023 | EM-2023-0012 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de octubre de 2023.

Durante el mes de septiembre de 2023, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

| | |
|---|---|
| Oppenheimer Méndez, Jorge J. | 2,801 |
| Hernández González, Neftalí | 3,331 |
| Pagán Rodríguez, Juan S. | 3,714 |
| Colón Carreras, María L. | 4,022 |
| Díaz Padró, Carmen J. | 6,289 |
| Márquez Pérez, Natividad | 7,743 |
| González Vega, Roberto | 8,039 |
| Dávila Vélez, María A. | 8,189 |
| Adorno Negrón, Yasmin | 14,936 |
| Pumarejo Martín, Frank | 16,372 |
| López Sánchez, César A. | 16,663 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo